# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152810(94)

MIDWEST MEMORIAL GROUP LLC,
ACACIA PARK CEMETERY, ALBION
MEMORY GARDENS, CADILLAC
MEMORIAL GARDENS EAST, CADILLAC
MEMORIAL GARDENS WEST, CHAPEL
GARDENS, EASTLAWN MEMORIAL
GARDENS AND MAUSOLEUM, ELM LAWN
CEMETERY, FLORAL VIEW MEMORIAL
GARDENS, FOREST LAWN MEMORIAL
GARDENS, GARDEN OF REST MEMORIAL
PARK, GRACELAND MEMORIAL PARK AND
MAUSOLEUM, GRANDLAWN CEMETERY
AND MAUSOLEUM, HILLCREST MEMORIAL
PARK, KENT MEMORIAL GARDENS,
MIDLAND MEMORIAL GARDENS, MOUNT
HOPE MEMORIAL GARDENS, NORTHLAND
CHAPEL GARDENS, OAKLAND HILLS
MEMORIAL GARDENS, OAKLAWN CHAPEL
GARDENS, OAKVIEW CEMETERY,
OAKWOOD MEMORIAL MAUSOLEUM,
RESTLAWN MEMORIAL GARDENS,
ROSELAND PARK CEMETERY, ROSELAWN
MEMORIAL GARDENS, UNITED MEMORIAL
GARDENS, WASHTENONG MEMORIAL
PARK AND MAUSOLEUM, WOODLAWN
CEMETERY, and WOODMERE CEMETERY,
      Plaintiffs-Appellees,

v

CITIGROUP GLOBAL MARKETS INC d/b/a
SMITH BARNEY, CURRIE KENDALL, PETER
JENSEN, CLAYTON SMART, KIMBERLY
SINGER, MARK SINGER, MKS FAMILY LLC,
INTERNATIONAL FUND SERVICES,
      Defendants,
and

PLANTE & MORAN PLLC,
      Defendant-Appellant.

SC: 152810
COA: 322338
Ingham CC: 10-000025-CR

_____/

On order of the Court, the motion for reconsideration of this Court's October 5, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

p0227